## Theresa C. Albino *v.* Anthony J. Albino

The plaintiff's motion to dismiss the appeal from the Superior Court in the judicial district of Waterbury is granted unless the defendant on or before November 1, 1977, files proper security and a request for a finding and draft finding.

*Richard J. Scappini,* for the appellee (plaintiff).
*Anthony J. Albino,* pro se, the appellant (defendant).

Argued October 4—decided October 4, 1977

## State of Connecticut *v.* Robert P. Marion

The defendant's motion to set aside the judgment of the trial court and to direct the entry of judgment for the defendant in the appeal from the Superior Court in Windham County is granted unless the state on or before December 1, 1977, files its brief.

*James J. Murphy, Jr.,* special public defender, for the appellant (defendant).

*Harry S. Gaucher, Jr.,* state's attorney, for the appellee (state).

Argued October 4—decided October 4, 1977

## State of Connecticut *v.* Michael P. Tetreault

The defendant's motion to set aside the judgment of the trial court and to direct the entry of judgment for the defendant in the appeal from the

Superior Court in Windham County is granted unless the state on or before December 1, 1977, files its brief.

*Vincent A. Laudone,* special public defender, for the appellant (defendant).

*Harry S. Gaucher, Jr.,* state's attorney, for the appellee (state).

Argued October 4—decided October 4, 1977

IRENE P. BRUEMMER *v.* JAY P. BRUEMMER

It appearing that the parties in the above-entitled case have failed to pursue the appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided October 4, 1977

JOSEPH DEWHIRST *v.* CITY OF BRIDGEPORT

It appearing that the plaintiff in the above-entitled case has failed to prosecute the appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided October 4, 1977